Case 6:20-cv-00701-ADA   Document 1-2   Filed 07/30/20   Page 1 of 3

# Exhibit B



# GLASS FLOTATION COLLAR



PetroLink Oil Tool's Glass Floatation Collar (GFC) is used to aid in the placement of production casing by significantly reducing the weight of the casing, allowing it to float through the horizontal section, reducing friction and drag.  Specifically, our GFC is run at a predetermined point in the casing string above an air-filled section of casing.  The air-filled gap between the toe track floats and the GFC can then be pushed into the lateral while continuing to run casing and filling with fluid on top of the GFC.  Once on depth, a slight applied pressure increase above the existing hydrostatic pressure will actuate the tool, destroying the glass barrier, filling the air-filled section of casing below with fluid and allow for circulation of the well.

The proprietary glass internals of the GFC eliminate the need for running a debris catcher above the toe track floats, as the glass fragments into smaller particles that can be pumped safely through conventional poppet or flapper style float collars and shoes.  Actuation pressures range from 4500-9500 psi in 1,000 psi increments.  Post-actuation, all that remains is a smooth transitional ID with no exposed components or debris to cause issues in the future.

Designed to be the most robust device of its kind, this tool has proprietary high-torque design which lends itself to drilling-with-casing applications and withstand the rigors of extended reach horizontal drilling and completion techniques.  Our GFC comes standard with API BTC or LTC Connections and can be made with semi-premium or premium connections upon request.  Custom NACE Casing Grades and Elastomers available on request.

We guarantee each tool to match or exceed anything available in the market today and all are manufactured, and 100% quality control checked in our ISO-9001 certified manufacturing facilities out of the highest quality materials.

**ASSEMBLY # 4056-0065-1375**

| CASING SIZE | BURST / COLLAPSE (PSI) P-110 | MAXIMUM O.D. (in) | ID AFTER ACTUATION (in) | TORQUE RATING | OVERALL LENGTH (in) |
|---|---|---|---|---|---|
| 5.5", 17-23# | 12640 / 10990 | 7.10" | 4.778" | >18,000 ft-lbs | 20.07" |

Contacts:       Reece Roberts                    Curtis Ware                     Travis Roberts
(432) 385-4110                  (817) 946-4185                  (432) 789-1718
Reece@permianpetrolink.com     Curtis@permianpetrolink.com     Travis@permianpetrolink.com



# GLASS FLOTATION COLLAR - SLIMLINE



    PetroLink Oil Tool's Slimline Glass Floatation Collar (GFC) is used to aid in the placement of production casing by significantly reducing the weight of the casing, allowing it to float through the horizontal section, reducing friction and drag.  Specifically, our GFC is run at a predetermined point in the casing string above an air-filled section of casing.  The air-filled gap between the toe track floats and the GFC can then be pushed into the lateral while continuing to run casing and filling with fluid on top of the GFC.  Once on depth, a slight applied pressure increase above the existing hydrostatic pressure will actuate the tool, destroying the glass barrier, filling the air-filled section of casing below with fluid and allow for circulation of the well.

    The proprietary glass internals of the GFC eliminate the need for running a debris catcher above the toe track floats, as the glass fragments into smaller particles that can be pumped safely through conventional poppet or flapper style float collars and shoes.  Actuation pressures range from 4500-9500 psi in 1,000 psi increments.  Post-actuation, all that remains is a smooth transitional ID with no exposed components or debris to cause issues in the future.

    Designed to be run in wellbores requiring 4 string casing designs, the reduced OD profile of the Slimline Glass Floatation Collar allows for installation inside 7-5/8" Intermediate Casing.  Our GFC comes standard with API BTC or LTC Connections and can be made with semi-premium or premium connections upon request.  Custom NACE Casing Grades and Elastomers available on request.

    We guarantee each tool to match or exceed anything available in the market today and all are manufactured, and 100% quality control checked in our ISO-9001 certified manufacturing facilities out of the highest quality, domestically sourced traceable materials.

**ASSEMBLY # 4056-0066-1375**

| CASING SIZE | BURST / COLLAPSE (PSI) P-110 | MAXIMUM O.D. (in) | ID AFTER ACTUATION (in) | TORQUE RATING | OVERALL LENGTH (in) |
|---|---|---|---|---|---|
| 5.5", 17-23# | 12640 / 10990 | 6.50" | 4.778" | 18,000 ft-lbs | 24.00" |

PetroLink Oil Tools LLC     ©2019
3217 Commercial Drive
Midland, TX 79701