# Exhibit C

**NCS's U.S. Patent No. 10,465,445 ("the '445 Patent") and the Permian Petrolink Glass Flotation Collar**

| Asserted Claims of US Patent No. 10,465,445 | Glass Flotation Collar[1] |
|---|---|
| 1.0 A float tool configured for use in a casing string for a wellbore containing a well fluid, the casing string having an internal diameter that defines a fluid passageway between an upper portion of the casing string and a lower portion of the casing string, the float tool comprising: | NCS contends the preamble of claim 1 is not limiting. If it is found to be limiting, the preamble is met by the Glass Flotation Collar as follows:<br><br>Permian markets the following Glass Flotation Collar for use in a casing string placed in a wellbore:<br><br>PetroLink Oil Tool's Glass Floatation Collar (GFC) is used to aid in the placement of production casing by significantly reducing the weight of the casing, allowing it to float through the horizontal section, reducing friction and drag. Specifically, our GFC is run at a predetermined point in the casing string above an air-filled section of casing. The air-filled gap between the toe track floats and the GFC can then be pushed into the lateral while continuing to run casing and filling with fluid on top of the GFC. Once on depth, a slight applied pressure increase above the existing hydrostatic pressure will actuate the tool, destroying the glass barrier, filling the air-filled section of casing below with fluid and allow for circulation of the well.<br><br>The casing string has an internal diameter for passing fluid between an upper portion of the casing (i.e. the portion of the casing connected to the upper end of |

---

[1] All references to the Permian Petrolink Glass Flotation Collar are found in Permian's brochure for the Glass Flotation Collar, attached as Exhibit B to the Complaint.

| | | the flotation collar, shown below in **blue**) and lower portion of the casing (the portion of the casing connected to the lower end of the flotation collar, shown below in **orange**):<br><br>![upper end and lower end diagram] |
|---|---|---|
| 1.1 | a rupture disc assembly comprising (i) a tubular member having an upper end and a lower end, the upper and lower ends configured for connection in-line with the casing string and | *See* claim element 1.0. The Glass Flotation Collar (i.e. a "rupture disc assembly") is connected to the casing string. The Glass Flotation Collar has a tubular member that has an upper end (element 1.0 above, in **blue**) and a lower end (element 1.0 above, in **orange**). The upper and lower ends of the Glass Flotation Collar are connected in-line with the casing. |
| 1.2 | (ii) a rupture disc having a rupture burst pressure and in sealing engagement with a | As shown below, the Glass Flotation Collar (i.e. "rupture disc assembly") includes a glass barrier (i.e., a "rupture disc"). This barrier is in sealing |

2

| | | |
|---|---|---|
| | region of the tubular member within the upper and lower ends, | engagement with the inner walls of the Glass Flotation Collar. The glass barrier is designed to rupture at a specific pressure: |
| | | PetroLink Oil Tool's Glass Floatation Collar (GFC) is used to aid in the placement of production casing by significantly reducing the weight of the casing, allowing it to float through the horizontal section, reducing friction and drag. Specifically, our GFC is run at a predetermined point in the casing string above an air-filled section of casing. The air-filled gap between the toe track floats and the GFC can then be pushed into the lateral while continuing to run casing and filling with fluid on top of the GFC. Once on depth, a slight applied pressure increase above the existing hydrostatic pressure will actuate the tool, destroying the glass barrier, filling the air-filled section of casing below with fluid and allow for circulation of the well. The proprietary glass internals of the GFC eliminate the need for running a debris catcher above the toe track floats, as the glass fragments into smaller particles that can be pumped safely through conventional poppet or flapper style float collars and shoes. Actuation pressures range from 4500-9500 psi in 1,000 psi increments. Post-actuation, all that remains is a smooth transitional ID with no exposed components or debris to cause issues in the future. |
| 1.3 | wherein the rupture disc is configured to rupture when exposed to a rupturing force greater than the rupture burst pressure | *See* claim element 1.2. |
| 1.4 | and the region of the tubular member where the rupture disc is attached has a larger internal diameter than the internal diameter of the casing string and is parallel to the internal diameter of the casing string. | The Glass Flotation Collar glass barrier (i.e. "rupture disc") (*see* element 1.2) is positioned in a region of the Glass Flotation Collar that has a larger internal diameter (below in **gold**) than the internal diameter of the casing string (below in **pink**), and is parallel to the internal diameter of the casing string: |

| | | |
|---|---|---|
| | | Larger internal diameter<br><br>smaller internal diameter |
| 8. | The float tool recited in claim 1 wherein the rupture disc forms an upper seal of a sealed chamber. | As shown below, the Glass Flotation Collar is run above the air-filled section of casing, acting as an upper seal to the sealed chamber:<br><br>PetroLink Oil Tool's Glass Floatation Collar (GFC) is used to aid in the placement of production casing by significantly reducing the weight of the casing, allowing it to float through the horizontal section, reducing friction and drag. Specifically, our GFC is run at a predetermined point in the casing string above an air-filled section of casing. The air-filled gap between the toe track floats and the GFC can then be pushed into the lateral while continuing to run casing and filling with fluid on top of the GFC. Once on depth, a slight applied pressure increase above the existing hydrostatic pressure will actuate the tool, destroying the glass barrier, filling the air-filled section of casing below with fluid and allow for circulation of the well. |
| 14. | The float tool recited in claim 8 further comprising a lower seal on the sealed chamber. | The Glass Flotation Collar is run in combination with a toe track floats, which is a seal that is placed at the lower end of the casing string to create the buoyant chamber between the Glass Flotation Collar and the lower seal.<br><br>PetroLink Oil Tool's Glass Floatation Collar (GFC) is used to aid in the placement of production casing by significantly reducing the weight of the casing, allowing it to float through the horizontal section, reducing friction and drag. Specifically, our GFC is run at a predetermined point in the casing string above an air-filled section of casing. The air-filled gap between the toe track floats and the GFC can then be pushed into the lateral while continuing to run casing and filling with fluid on top of the GFC. Once on depth, a slight applied pressure increase above the existing hydrostatic pressure will actuate the tool, destroying the glass barrier, filling the air-filled section of casing below with fluid and allow for circulation of the well. |